# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

MAEBLE LOIS HAIRSTON

: No. 2307 Disciplinary Docket No. 3
:
: Board File No. C2-16-725
:
: (Supreme Court of New Jersey, D-158
: September Term 2015)
:
: Attorney Reg. No. 60905
:
: (Out of State)

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of December, 2016, having failed to reply to this Court's directive of October 20, 2016, to provide reasons against the imposition of reciprocal discipline, Maeble Lois Hairston is disbarred from the practice of law in this Commonwealth. She is directed to comply with all the provisions of Pa.R.D.E. 217.